# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **DAVID HOPKINS PLEMONS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:18-cv-00845 |
| ) | |
| **RUSSELL WASHBURN, et al.,** ) | **JUDGE CAMPBELL** |
| ) | **MAGISTRATE JUDGE FRENSLEY** |
| Defendants. ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 119), which was filed on December 16, 2019. Through the Report and Recommendation, the Magistrate Judge recommends Plaintiff's "Amended Motion for Summary Judgment" (Doc. No. 90) and "Motion to consider the following for his Summary Judgment relief" (Doc. No. 98) be denied. The Magistrate Judge also recommends granting the Motions for Summary Judgment, filed by Defendants Brun and Washburn (Doc. Nos. 103, 112). Although the Report advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation, and concludes it should be adopted and approved. Accordingly, Plaintiff's "Amended Motion for Summary Judgment" (Doc. No. 90) and "Motion to consider the following for his Summary Judgment relief" (Doc. No. 98) are **DENIED**, and the Motions for Summary Judgment, filed by Defendants Brun and Washburn (Doc. Nos. 103, 112) are **GRANTED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE