IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DAVID HOPKINS PLEMONS, JR.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:18-cv-00845 |
| ) | |
| **RUSSELL WASHBURN,** *et al.*, ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE FRENSLEY |
| Defendants. ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 121), which was filed on September 15, 2021. Through the Report and Recommendation, the Magistrate Judge recommends that this action be dismissed without prejudice under Rules 4(m) and 41(b) of the Federal Rules of Civil Procedure for failure to effect service of process and failure to prosecute. On April 24, 2019, the Clerk of Court advised Plaintiff that it was his responsibility to locate the Defendants and serve them. (Doc. No. 54). As of the entry of this Order, Plaintiff has not served the remaining defendants or filed objections to the Report and Recommendation.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, this action is **DISMISSED** without prejudice. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE